**Opinion issued October 2, 2014**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-14-00075-CV

————————————

**STEWART & STEVENSON, L.L.C. AND MTU DETROIT DIESEL, INC.,
Appellants**

**V.**

**GALVESTON PARTY BOATS, INC. AND BOAT SERVICE OF
GALVESTON, Appellees**

On Appeal from the 405th Judicial District Court
Galveston County, Texas
Trial Court Cause No. 08-CV-0011

## MEMORANDUM OPINION

Appellants, Stewart & Stevenson, L.L.C. and MTU Detroit Diesel, Inc.,

have filed an unopposed motion to dismiss the appeal with prejudice after settling

the case during mediation, and request that all costs and fees be assessed against the party incurring the same. No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal, with costs taxed against the party who incurred the same. *See* TEX. R. APP. P. 42.1(a)(1), (d), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Keyes.